No. 87–702.   DONG v. BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY.   Ct. App. Cal., 6th App. Dist.   Cer-

tiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.